```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
               AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION No. 2:14-CR-00003

**ROBERT L. BARCLIFF**

<u>O R D E R</u>

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwayne L. Tinsley, entered on May 2, 2022 (ECF No. 62); and the magistrate judge having recommended that the defendant's Motion for Reduction of Sentence (ECF No. 56) be denied; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge (ECF No. 62) be, and they hereby are, adopted by the court and incorporated herein.

Accordingly, it is further ORDERED that Defendant Robert L. Barcliff's <u>pro</u> <u>se</u> Motion for Reduction of Sentence (ECF No. 56) be, and hereby it is, denied.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record, any unrepresented party, and United States Magistrate Judge Tinsley.

ENTER: June 6, 2022

John T. Copenhaver, Jr.
Senior United States District Judge

2